IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

August 6th, 2018

_Matthew Jones_

Plaintiff,

-against-

_Yale University,_

Defendant.

Case Number 3:18CV1325-VLB

(COMPLAINT)

(Pro Se)

Jury Demand?

Yes

## I. PARTIES IN THIS COMPLAINT

### Plaintiff

Jones, Matthew N. P.

11366 Sussex Highway

Sussex County, Greenwood          Delaware     19950

(302) 349-5251          AzraelLinusSmith@gmail.com

**Defendant**

Yale University

President's Office

PO Box 208229

New Haven, CT 06520-8229

## II. BASIS FOR JURISDICTION

(check) U.S. Government Defendant

(check) Federal Question

## III. VENUE

Venue is appropriate in this court because:

The Defendants reside in this district.

(2) A substantial part of the events that I am suing about happened in this district. - Under Title 28 U.S.C. Section 1391

## IV. STATEMENT OF A CLAIM

Place(s) of Occurrence: _ Yale University Mental Health Hospital _

Date(s) of Occurrence: 2010 but there is a history of repeated offenses

(State briefly here the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful acts.)

**FACTS:** The first law of medicine is to do no harm. There is no statute of limitations on capital offenses. (*Section 3281 of Title 18*)

During two separate involuntary stays, I was raped in the night and had to be taken to another hospital where I was given Truvada to hope to prevent the transmission of HIV into my blood.

When I sued Yale in 2017, with a collection of other Defendants, the case was Dismissed citing "Immunity for government employees." No mention of Yale was included in the Dismissal by the District or Circuit Court. If Yale's case was dismissed erroneously, I present it again here. If Yale is considered a government employee by virtue of being a state actor, I have new evidence to offer below.

I was deprived of my right to Trial. My mental health hearings were held without me being present. Evidence of my sanity was not allowed to be presented in court.  (*6th Amendment, 42 U.S.C. SS 9501 Bill of Rights, & 42 U.S.C. SS 1985 Bill of Rights*).

I was forced to take medications that are unhealthy for my body. (18 U.S.C. 51 1113 Attempt To Commit  Murder Or Manslaughter
18 U.S.C. 51 1117 Conspiracy To Murder)The side effects of the medications and the injections that I was forced to take were not discussed with me. Nor was I provided with any literature explaining them or any alternative options (*42 U.S.C. 9501 1 (C) i-vi*). My condition was maliciously made. A known falsehood, schizophrenia. Symptoms of the disease are that I "delusionally" believe that Linda C. Jones is not my birth mother.  (*Title 18, U.S.C., 1035 False Statements Relating To Health Care Matters*) Nude Photos of Linda C. Jones: https://goo.gl/photos/UyLicGjVi5aCDMf9A. Linda C. Jones' gender is X or XO. Only XX gendered women can concieve and bear children. This is a condition that Linda was born with and prevents Linda from ever having children. I am Linda's Power of Attorney and

caregiver (*42 U.S.C. SS 9501 3 (B) i*). Taking me away from Linda and lethally dosing me with medications for diseases that I clearly do not have are attempted murders committed by the Defendants against both I and Linda (*Title 18, U.S.C., Section 241 Conspiracy Against Rights*).

Another erroneous symptom was that I could not physically describe Jenna Roberts or her HIV status. Photographs and medical records will prove that I can.

Schizophrenia can be seen in a brain scan. The Defendant did not provide me with one or do other necessary tests to confirm or negate the disease. I do not have schizophrenia.
(https://www.facebook.com/photo.php?fbid=10154182180454464&set=a.10154182042509464.1073741975.855609463&type=3&theater)

Own my own, I paid to scan my brain for schizophrenia and other mental illnesses. The results are that I have a disease free and healthy brain. (https://www.facebook.com/matthew.n.jones/media_set?set=a.10153351330584464.1073741917.855609463&type=3) The Defendant was provided with this evidence and expert testimony from a psychiatrist, but continue with its diagnosis and court-ordered medications.

The misdiagnosis and intolerable poisonings constitute cruel and unusual punishment (8th Amendment). The mental health mistreatment coincides with a life long of abuse, assault, attempted murder and rape by the government employees and its agents. I am not free to live, work, date, etc. My records are falsified purposely by the Defendant to keep me in the lowest class. A violation of the 13th Amendment. The Defendant's illegal actions prevent me from owning firearms which are my 2nd Amendment right.

The illegal activity and diagnosis of illiteracy and insanity hinder my 1st Amendment rights to freedom of speech and religion.

I invoke my 7th Amendment right to Jury Trial.

"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398

"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Kozinski, 284 F. Supp. 94

*28 U.S.C. 1442 (a) (1)* states that the proper venue to sue a federal officer is the nearest U.S. District Court.

*28 U.S.C. 1442 (c) (1-3)* states that an U.S. government employee 'is only under the color of his office during a violent emergency or when he/she is preventing the escape of a violent offender.'

There is no immunity in the United States. Sovereign Immunity has not existed since prior to the American Revolution (*U.S. Constitution Article 3 Section 2*). Only traitors to this land believe in immunity, and it is clearly written this way in numerous places (*U.S. Constitution Article 6*). See "The Declaration of Independence, The Articles of Confederation, the writings of Franklin, Jefferson, Hawthorne, and Payne, The Emancipation Proclamation, The Gettysburg Address, the writings of Abraham Lincoln, The writings of JFK, and MLK, Jr., The Pledge of Allegiance, The U.S. Constitution, The Federal Rules, and the U.S. Code.

*O'Connor v. Donaldson, 422 U.S. 563 (1975)*, was a landmark decision in mental health law. The United States Supreme Court ruled that a state cannot constitutionally confine a non-dangerous individual who is capable of surviving safely in freedom by themselves or with the help of willing and responsible family members or friends. Since the trial court jury found,

upon ample evidence, that petitioner did so confine respondent, the Supreme Court upheld the trial court's conclusion that petitioner had violated respondent's right to liberty.

*Addington v. Texas, 441 U.S. 418 (1979)*, was a landmark United States Supreme Court case that set the standard for involuntary commitment for treatment by raising the burden of proof required to commit persons for psychiatric treatment from the usual civil burden of proof of "preponderance of the evidence" to "clear and convincing evidence".

Evidence of Stay:
https://www.facebook.com/matthew.n.jones/media_set?set=a.101529360 24809464.1073741869.855609463&type=3

## V. INJURIES

If you have sustained injuries as a result of the events to the alleged above, describe them here:

I have been injured from head to toe. The antipsychotics given to me poisoned my whole body and brain. The reputation of a schizophrenic man hinders my work and ability to find work. The medications caused me to gain hundreds of pounds. They raised my heart rate, blood pressure, and sugar to unhealthy levels. The rapes and the six month wait to confirm that I do not have HIV was very stressful. The infections from not treating my wounds that I suffered there caused further damage. Medical Records:

(https://www.facebook.com/matthew.n.jones/media_set?set=a.10154063334729464.1073741971.855609463&type=3) Medical Records (2): (https://www.facebook.com/matthew.n.jones/media_set?set=a.10154063354809464.1073741972.855609463&type=3)

**VI. RELIEF**

The relief I want the court to order is:

(check) Money damages in the amount of : $2,000,000,000  2 Billion United States Dollars, Currency (USD)

Case Law & Precedent:

Clinton v. Jones, 520 U.S. 681 (1997)

Empress Casino Joliet Corp. et al. v. Rod R. Blagojevich et al., case numbers 09-3975 & 10-1019

USA v. Blagojevich et al., case number 1:08-cr-00888

Taylor v. Louisiana, 419 US 522 - Supreme Court 1975

Monell v. New York City Dept. of Social Servs., 436 US 658 - Supreme Court 1978

Monteiro v. Tempe Union High School Dist., 158 F. 3d 1022 - Court of Appeals, 9th Circuit 1998

American Libraries Ass'n v. Pataki, 969 F. Supp. 160 - Dist. Court, SD New York 1997

Americans with Disabilities Act, Pub. L. No. 101-336, 104 Stat. 327 (1990)

(codified at 42 U.S.C. §§ 12101-12213 (Supp. IV 1992)).

42 U.S.C. §§ 12111-12117 (Supp. IV 1992)

The State of California v. Orenthal James Simpson, Case: BA097211

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

knowledge, information, and belief that this complaint: (1) is not being presented for an improper

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) is supported by existing law or by a nonfrivolous argument for extending or modifying

existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers

may be served. I understand that my failure to keep a current address on file with the Clerk's

Office may result in the dismissal of my case.

____08/06/2018_____

*[signature]*

Plaintiff's Signature

Jones, Matthew, N.P

11366 Sussex Highway ,

Greenwood ____
Delaware_____19950

(302)349-5251

AzraelLinusSmith@gmail.com

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other

materials to the Clerk's Office with this complaint.