# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

__Matthew Jones__
Plaintiff(s),

v.   Case No. 3:18CV1325-VLB

__Yale University__
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

_[signature]_
Original Signature

Matthew D. Jones
Name (print or type)

11366 Sussex Highway
Street Address

Greenwood   DE   19950
City   State   Zip Code

(302) 349-5251
Telephone Number

FILED 2018 AUG -9 A 11:40 U.S. DISTRICT COURT NEW HAVEN, CT

Rev. 6-2-17

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FINANCIAL AFFIDAVIT IN SUPPORT OF
MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
PURSUANT TO 28 U.S.C. § 1915

_Matthew Jones_
                Plaintiff(s),

v.

_Yale_
                Defendant(s).

Case No. _____

I declare that:

    (1)    I am unable to pay such fees, costs, or give security therefor.

    (2)    I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single _X_   Married ____   Separated ____   Divorced ____
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____   No ____
Dependents:   Spouse _no_   Children # _0_   Others # _0_
and relationship _____
Please provide the names and ages of your children.  If a child is a minor, please identify the child by initials only.
Name _____   Age _____
Name _____   Age _____
Name _____   Age _____

**RESIDENCE**
Street Address: _11366 Sussex Highway_
City: _Greenwood_   State: _DE_

Rev.11/4/13

2

Zip Code: _19950_    Telephone: _302 349-5251_

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School    K 1 2 3 4 5 6 7 8    High School    9 10 11 (12)
College    1 (2) 3 4    Post-Graduate    1 2 3 4

**EMPLOYMENT**
If <u>employed</u> at present, complete the following: _Unemployed_
Name of employer: _____
Address of employer: _____
How long employed by present employer: _____
Gross Income before taxes or other deductions:
    Monthly _____    Weekly _____

If <u>self-employed</u> state gross weekly wages before taxes and deductions: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the _____ day of _____, _____
The name of my last employer: _____
Address: _____
Telephone #: (_____) _____
Last salary or wages received (gross amount before taxes and deductions): _____

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Gross Income before taxes and deductions:
    Monthly _____    Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: _____.
I am receiving $_____ monthly _____ weekly _____.

**FINANCIAL STATUS**
Owner of real property?    Yes _____    No _X_

Rev. 6-2-17

3

If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____
Owed to: _____
Total: _____ Monthly payment _____
Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:  N/A
Automobile: Make _____ Model _____ Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____
Owed to: _____
Amount owed: _____

Cash or Securities on hand:
Cash in banks and savings and loan associations: 228
Names and addresses of banks and associations: M&T Bank
_____ Clark Street Harrington Delaware _____

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds : _____

**OBLIGATIONS:**
Monthly rental on house or apartment:        $ 0
Monthly mortgage payment on house:           $ 0
Gas bill per month:                          $ 0
Electric bill per month:                     $ 0
Phone bill per month:                        $ 45
Car payments per month:                      $ 0
Car insurance payments per month:            $ 0
Other types of insurance payments per month  $ 0
Monthly payments to retail merchants:        $ 0
    Please list: _____          $ 0
    Please list: _____          $ 0
Monthly payments on any other outstanding
loans or debts:                              $ 0
    Please list: _____          $ 0
    Please list: _____          $ 0

Rev.11/4/13

Any money owed to doctors, hospitals, lawyers N/A
   Please list:_____ $_____
   Please list:_____ $_____
Monthly payment for maintenance or child support
under separation or dissolution agreement: $_____
Estimated monthly expenditure on food: $ 400
Estimated monthly expenditure on clothing: $ 0

Total amount of monthly obligations: $ 445

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):
_____
_____
_____

**PREVIOUS LITIGATION:**
If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | | | |
| 2. | M. Jones v. State of CT Super. Court | Dismissed – Immunity "Sovereign" | |
| 3. | | | |
| 4. | | | |

Date: 8/6/2018         _____
                                            Original Signature of Affiant

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 8/6/2018         _____
                                            Original Signature of Affiant

Rev. 6-2-17