# UNITED STATES DISTRICT COURT
## District of Connecticut

Matthew Jones

*Plaintiff*

v.

Yale University

*Defendant*

Case No. 3:18 CV 1325 - VLB

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

8/6/2018
*Date*

*Filer's signature*

Matthew Jones
*Printed name*

11366 Sussex Highway
*Address*

Greenwood, DE 19950
*City, State, Zip Code*

302-349-5251
*Telephone number*

## CERTIFICATE OF SERVICE

I hereby certify that on  8-6-2018 , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*List here:*

*Filer's signature*

Rev.  8/11/15