UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MATTHEW JONES | : | Case No. 3:18-CV-01325 |
| Plaintiff, | : | |
| vs. | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | AUGUST 30, 2018 |

MOTION FOR EXTENSION OF TIME

The defendant hereby moves, pursuant to Local Civil Rule 7(b), for an extension of time for 21 days after the Court rules on the plaintiff's Motion for Leave to Proceed *In Forma Pauperis* to file a response to the plaintiff's Complaint.  This extension is necessary because defense counsel needs additional time to research the facts and law necessary to frame a proper response to the Complaint.  Furthermore, this extension of time should be granted and is appropriate, because the defendant has neither been properly served nor received a waiver of service.  The plaintiff does not consent this motion.  This is the first such request for an extension of time.

                                        THE DEFENDANT
                                        YALE UNIVERSITY


                                        BY:   /s/ Patrick M. Noonan  (#ct00189)
                                              Patrick M. Noonan
                                              Donahue, Durham & Noonan, P.C.
                                              741 Boston Post Road
                                              Guilford, CT 06437
                                              (203) 458-9168

CERTIFICATION

      I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically <u>and</u> served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Matthew Jones, Pro Se
113366 Sussex Highway
Greenwood, Delaware 19950
AzraelLinusSmith@gmail.com

                                                                      _____/s/_____
                                                                             Patrick M. Noonan