United States District Court
District of Connecticut

FILED

9/8/2018

2018 SEP 10 P 1:05

US DISTRICT COURT
HARTFORD CT

Matthew Jones,
Plaintiff,

V.

Yale University,
Defendant.

**Case # 18-1325 (VLB)**

Motion To Reopen Case

With respect to the Order of August 31st, 2018:
1. The Complaint now complies with Rule 8's requirement for short, plain, statements.
2. The complaint no longer asserts claims against government entities because, as the Order mentioned, Yale is a private entity.
3. In Order to get the exact correct names and dates the Plaintiff would need the benefit of Discovery. The Plaintiff has requested records from Yale and offered to pay for them. Yale has denied the Plaintiff ever stayed there. The Plaintiff is able to prove he did and included in the Complaint evidence of his stay. To get more, because he was under the influence of such strong antipsychotics, I need the benefit of Subpoena.
4. 28 U.S.C. 1915 (b) pertains to prisoners. I am not a prisoner. It is an irreverent reference which confusedly is included in the Order as citation.
5. The complaint now contains numbered paragraphs, numbering each count, as the Court instructed. Nothing could be found in Rule 8 regarding numbered paragraphs. I did find this: (3)

Inconsistent Claims or Defenses. A party may state as many separate claims or defenses as it has, regardless of consistency.

If the Court still finds the Complaint insufficient, please state why and the Plaintiff will again amend it.

Sincerely,

_____

Matthew Jones
11366 Sussex Highway
Greenwood, Delaware 19950
(302) 349-5251 AzraelLinusSmith@gmail.com

## Certificate of Mailing
## September 8th, 2018

I hereby swear that on this day, or within 3 mailing days, that I mailed, via email, a copy of this to:

1. P. Noonan:
   Donahue, Durham & Noonan, P.C.
   741 Boston Post Road, Ste. 306
   Guilford, CT 06437
   Tel: 203.458.9168
   Fax: 203.458.4424
   %
   SNoonan@ddnctlaw.com

*Matthew Jones*

Matthew Jones
11366 Sussex Highway
Greenwood, DE 19950
(302) 349-5251
AzraelLinusSmith@gmail.com