IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

August 7th, 2018

_Matthew Jones_

Plaintiff,

-against-

_Yale University,_

Defendant.

Case Number 18-1325 VLB

**(COMPLAINT)**

(Pro Se)

Jury Demand?

Yes

## I. PARTIES IN THIS COMPLAINT

### Plaintiff

Jones, Matthew N. P.

11366 Sussex Highway

Sussex County, Greenwood          Delaware      19950

(302) 349-5251                  AzraelLinusSmith@gmail.com

**Defendant**

Yale University

President's Office

PO Box 208229

New Haven, CT 06520-8229

## II. BASIS FOR JURISDICTION

(check) Federal Question

## III. VENUE

Venue is appropriate in this court because:

The Defendants reside in this district.

(2) A substantial part of the events that I am suing about happened in this district. - Under Title 28 U.S.C. Section 1391

## IV. STATEMENT OF A CLAIM

Place(s) of  Occurrence: _ Yale University Mental Health Hospital _

Date(s) of Occurrence: 2010 but there is a history of repeated offenses

(State briefly here the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful acts.)

**FACTS:**

1. Yale broke the first law of medicine which is to do no harm. There is no statute of limitations on capital offenses. (*Section 3281 of Title 18*). The medications were forced into my body without any debate. The medications did a horrible, possibly life ending amount of damage to my body and mind. This is worse than medical malpractice. Malpractice implies that my treating physician accidently hurt me. The Defendants fully knew the definition of schizophrenia and that I do not suffer from the disease. Schizophrenia causes illiteracy and the eating of waste. Asperger's disease is healthier than schizophrenia. The symptoms are very apparent to all even without medical training. No one could have thought that I have schizophrenia because I was speaking and able to write. I may never recover from the way I was treated by Yale.

2. Yale Hospital is too unreasonably unsafe to hold me as an involuntary patient. During two separate involuntary stays, I was raped in the night by different separate fellow patients. Both patients were infected with HIV. Yale could not accommodate my treatment and I had to be taken to another hospital where I was given Truvada to hope to prevent the transmission of HIV into my blood. The transmission of the fatal disease would have ended my life and constitutes a capital offense.

1. I was deprived of my right to Trial. I was held almost 3 full months and never given knowledge of a mental health hearing. My mental health hearings were held without me being present. Evidence of my sanity was not allowed to be presented in court. *(6th Amendment, 42 U.S.C. SS 9501 Bill of Rights, & 42 U.S.C. SS 1985 Bill of Rights).*

2. I was forced to take medications that are unhealthy for my body. (18 U.S.C. 51 1113 Attempt To Commit  Murder Or Manslaughter 18 U.S.C. 51 1117 Conspiracy To Murder)The side effects of the medications and the injections that I was forced to take were not

discussed with me. Nor was I provided with any literature explaining them or any alternative options (*42 U.S.C. 9501 1 (C) i-vi*).

3. I was held under the name Matthew Jones. Linda Jones is listed as my birth mother and was consulted by Yale. This is a false birth certificate and a sex slave name. Holding me to a sex slave name is continuing my hold as a sex slave and is kidnapping. Kidnapping is a capital offense with no statute of limitations.

4. Even though my nose was broken for the duration of my stays, Yale refused to treat it. It is noticeably deformed, bent, and causes much trouble breathing and oral and sinus infections.

5. My condition was maliciously made. A known falsehood, schizophrenia. Symptoms of the disease described to me by the Yale physicians are that:

6. I "delusionally" believe that Linda C. Jones is not my birth mother. (*Title 18, U.S.C., 1035 False Statements Relating To Health Care Matters*) Nude Photos of Linda C. Jones: https://goo.gl/photos/UyLicGjVi5aCDMf9A. Linda C. Jones' gender is X or XO. Only XX gendered women can concieve and bear children. This is a condition that Linda was born with and prevents Linda from ever having children.

7. I am Linda's Power of Attorney and caregiver (*42 U.S.C. SS 9501 3 (B) i*). Taking me away from Linda and lethally dosing me with medications for diseases that I clearly do not have are attempted murders committed by the Defendants against both I and Linda (*Title 18, U.S.C., Section 241 Conspiracy Against Rights*).

8. Another erroneous symptom was that I could not physically describe Jenna Roberts or her HIV status. Photographs and medical records will prove that I can.

9. Schizophrenia can be seen in a brain scan. The Defendant did not provide me with one or do other necessary tests to confirm or negate the disease. I do not have schizophrenia.
(https://www.facebook.com/photo.php?fbid=10154182180454464&

set=a.10154182042509464.1073741975.855609463&type=3&theate
r)

10. Own my own, I paid to scan my brain for schizophrenia and other mental illnesses. The results are that I have a disease free and healthy brain. (https://www.facebook.com/matthew.n.jones/media_set?set=a.101 53351330584464.1073741917.855609463&type=3) The Defendant was provided with this evidence and expert testimony from a psychiatrist, but continue with its diagnosis and court-ordered medications.

11. I do not suffer from any of the hallucinations or delusions that categorize and define schizophrenia. (https://www.psycom.net/schizophrenia-hallucinations-delusions/) Hallucinations

Hallucinations are defined as experiences and sensations that are not comprehensible to others. To the person experiencing them, however, they may seem real, urgent, and vivid. Roughly 70% of people with schizophrenia will experience hallucinations.

Auditory hallucinations are most commonly experienced by people with schizophrenia and may include hearing voices—sometimes multiple voices — or other sounds like whispering or murmuring. Voices may seem angry or urgent and often make demands on the hallucinating person.

Visual hallucinations involve seeing objects, people, lights, or patterns that are not actually present. Visualizing dead loved ones, friends or other people they knew can be particularly distressing. Perception may be altered as well resulting in difficulty judging distance

Olfactory hallucinations involve the sense of smell or taste, both good or bad, that are not actually present. This can be particularly dangerous if a person believes he is being poisoned and refrains from eating.

Tactile hallucinations are feelings of movement or sensation on your body that are not actually present such as hands on your body or

insects crawling around or inside you.

Hallucinations don't necessarily indicate schizophrenia. People with mood disorders, schizoaffective disorders, and other physical and mental health conditions may also hallucinate. Hallucination may also occur when under the influence of drugs or alcohol.

Delusions

Delusions are defined as beliefs that conflict with reality. Delusions are one of the most common symptoms of schizophrenia. These beliefs might include:

Persecutory delusions:  When a person believes a person, group, or organization is mistreating or harming them despite contradictory evidence.

Erotomanic delusions: When a person believes another is in love with them, despite no evidence. This other person is often a celebrity or person in power.

Somatic delusions: When a person believes they have an illness or their body is affected by a strange condition, despite contradictory evidence.

Grandiose delusions: When a person believes they have superior abilities or qualities (i.e. talent, fame, wealth) despite no evidence. Sometimes a person will experience a recurring theme in their delusions over a period, which makes them seem more convincing to the individual experiencing them. Hallucinations are sometimes categorized as secondary delusions if they involve having a false belief in the voice they are hearing or other sensation they are experiencing.

12. I was held at Yale for an arrest and pending criminal charges regarding Jennifer Roberts. Jennifer has HIV and has confessed to using her disease as a weapon to spread it to other males and females who cannot afford medical treatment. I was in Connecticut hoping to convince the law enforcement to arrest and charge Jenna. They instead, conclusively sided with Jenna, gave her an incorrect physical description and attacked me physically and legally. What

does it take to dissuade identity thieves from attacking an honest man? I am that man. I could not be proven to be a violent threat or without my faculties mentally by any honest men or women. O'Connor v. Donaldson, 422 U.S. 563 (1975), was a landmark decision in mental health law. The United States Supreme Court ruled that a state cannot constitutionally confine a non-dangerous individual who is capable of surviving safely in freedom by themselves or with the help of willing and responsible family members or friends. Since the trial court jury found, upon ample evidence, that petitioner did so confine respondent, the Supreme Court upheld the trial court's conclusion that petitioner had violated respondent's right to liberty. Addington v. Texas, 441 U.S. 418 (1979), was a landmark United States Supreme Court case that set the standard for involuntary commitment for treatment by raising the burden of proof required to commit persons for psychiatric treatment from the usual civil burden of proof of "preponderance of the evidence" to "clear and convincing evidence".

13. The misdiagnosis and intolerable poisonings constitute cruel and unusual punishment (8th Amendment). The mental health mistreatment coincides with a life long of abuse, assault, attempted murder and rape by the government employees and its agents. I am not free to live, work, date, etc. My records are falsified purposely by the Defendant to keep me in the lowest class. A violation of the 13th Amendment. The Defendant's illegal actions prevent me from owning firearms which are my 2nd Amendment right. The state action should have been to arrest Ms. Roberts for spreading her deadly communicable disease to her sex partners without divulging her HIV status. The wrong action was to arrest me, her victim. Then, to belittle me with involuntary care for a delusional, illiterate disease. I have not been so mistreated since the police routinely raped me in my childhood and the doctors and courts protected them then.

14. The illegal activity and diagnosis of illiteracy and insanity hinder my 1st Amendment rights to freedom of speech and religion.

15. I invoke my 7th Amendment right to Jury Trial. "Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398 "An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Kozinski, 284 F. Supp. 94

16. Evidence of Stay:
    https://www.facebook.com/matthew.n.jones/media_set?set=a.1015 2936024809464.1073741869.855609463&type=3

## V. INJURIES

If you have sustained injuries as a result of the events to the alleged above, describe them here:

I have been injured from head to toe. The antipsychotics given to me poisoned my whole body and brain. The reputation of a schizophrenic man hinders my work and ability to find work. The medications caused me to gain hundreds of pounds. They raised my heart rate, blood pressure, and sugar to unhealthy levels. The rapes and the six month wait to confirm that I do not have HIV was very stressful. The infections from not treating my wounds that I suffered there caused further damage. Medical Records: (https://www.facebook.com/matthew.n.jones/media_set?set=a.10154063 334729464.1073741971.855609463&type=3) Medical Records (2): (https://www.facebook.com/matthew.n.jones/media_set?set=a.10154063 354809464.1073741972.855609463&type=3)

## VI. RELIEF

The relief I want the court to order is:

(check) Money damages in the amount of : $2,000,000,000  2 Billion United States Dollars, Currency (USD)

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

knowledge, information, and belief that this complaint: (1) is not being presented for an improper

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) is supported by existing law or by a nonfrivolous argument for extending or modifying

existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers

may be served. I understand that my failure to keep a current address on file with the Clerk's

Office may result in the dismissal of my case.

____09/07/2018_____        _____

                                          Plaintiff's Signature


                                                  Jones, Matthew,N.P

                                                  11366 Sussex Highway ,

Greenwood, Delaware 19950

(302)349-5251

AzraelLinusSmith@gmail.com