Matthew Jones
11366 Sussex Hwy
Greenwood, DE 19950




U.S. POSTAGE PAID
FCM LG ENV
GREENWOOD, DE
19950
SEP 07, 18
AMOUNT
$1.42
R2305M148361-04

COMPLETED
X-RAY SCREEN

U.S. District Court
450 Main St.
Hartford, CT 06103