APPEAL,CLOSED,PROSE

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:18-cv-01325-VLB

Jones v. Yale University  
Assigned to: Judge Vanessa L. Bryant  
Demand: $2,000,000,000  
Cause: 28:1391 Venue  

Date Filed: 08/09/2018  
Date Terminated: 08/31/2018  
Jury Demand: Plaintiff  
Nature of Suit: 362 Personal Inj. Med. Malpractice  
Jurisdiction: Federal Question  

**Plaintiff**

**Matthew Jones**　　　　　　　　　represented by　**Matthew Jones**  
11366 Sussex Highway  
Greenwood, DE 19950  
302-349-5251  
PRO SE  

V.

**Defendant**

**Yale University**　　　　　　　　　represented by　**Patrick M. Noonan**  
Donahue, Durham & Noonan  
Concept Park  
741 Boston Post Road  
Guilford, CT 06437  
203-458-9168  
Fax: 203-458-4424  
Email: pnoonan@ddnctlaw.com  
*ATTORNEY TO BE NOTICED*  

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 10/09/2018 | 14 | NOTICE OF APPEAL as to 11 Order on Motion to Reopen Case, by Matthew Jones. (Attachments: # 1 Envelope) (Velez, F.) (Entered: 10/10/2018) |
| 09/28/2018 | 13 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 12 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Robin D. Tabora, Clerk. Documents manually filed not included in this transmission: none (Murphy, Tatihana) (Entered: 10/01/2018) |

| | | |
|---|---|---|
| 09/28/2018 | 12 | NOTICE OF APPEAL as to 11 Order on Motion to Reopen Case by Matthew Jones. (Attachments: # 1 Envelope)(Murphy, Tatihana) (Entered: 10/01/2018) |
| 09/13/2018 | 11 | ORDER denying 10 Motion to Reopen Case. As the Court stated in its previous 9 Order, Plaintiff must satisfy Fed. R. Civ. P. 8. Plaintiff's amended complaint fails to satisfy Rule 8 for the reasons set forth in the Court's 9 Order. Even if Plaintiff's complaint complied with Rule 8, the Court declines to reopen his case and to grant him leave to amend under Fed. R. Civ. P. 15 because amendment would be futile for the reasons stated in the Court's 9 Order. Signed by Judge Vanessa L. Bryant on 9/13/2018. (Lindberg, Christina) (Entered: 09/13/2018) |
| 09/10/2018 | 10 | MOTION to Reopen Case by Matthew Jones.Responses due by 10/1/2018 (Attachments: # 1 Complaint Attachment, # 2 Envelope)(Hernandez, T.) (Entered: 09/11/2018) |
| 08/31/2018 | | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey<br>(Shafer, J.) (Entered: 08/31/2018) |
| 08/31/2018 | 9 | ORDER. For the reasons explained in the attached Order, Plaintiff's 2 Motion for Leave to Proceed *in forma pauperis* is denied and the case is dismissed without prejudice to file a motion to reopen together with a Second Amended Complaint within 21 days of the date of this Order in adherence with Rule 8 of the Federal Rules of Civil Procedure. Defendant's 8 Motion for Extension of Time is denied as moot. The Clerk is directed to close this case. Signed by Judge Vanessa L. Bryant on 8/31/2018. (Lindberg, Christina) (Entered: 08/31/2018) |
| 08/30/2018 | 8 | MOTION for Extension of Time until 21 days after ruling on Motion for Leave to Proceed In Forma Pauperis to file a response to plaintiff's Complaint 1 Complaint by Yale University. (Noonan, Patrick) (Entered: 08/30/2018) |
| 08/22/2018 | 7 | NOTICE of Appearance by Patrick M. Noonan on behalf of Yale University (Noonan, Patrick) (Entered: 08/22/2018) |
| 08/09/2018 | 6 | ORDER RE: Judge's Chambers Practices. Counsel are directed to read and comply with the Chambers Practices and Standing Orders prior to filing any document. So ordered<br>Signed by Judge Vanessa L. Bryant on 8/9/2018.(Anastasio, F.) (Entered: 08/13/2018) |
| 08/09/2018 | 5 | STANDING PROTECTIVE ORDER<br>Signed by Judge Vanessa L. Bryant on 8/9/2018.(Anastasio, F.) (Entered: |

| | | |
|---|---|---|
| | | 08/13/2018) |
| 08/09/2018 | 4 | Order on Pretrial Deadlines: Amended Pleadings due by 10/8/2018 Discovery due by 2/8/2019 Dispositive Motions due by 3/15/2019 Signed by Clerk on 8/9/2018.(Anastasio, F.) (Entered: 08/13/2018) |
| 08/09/2018 | 3 | Appearance Self Represented Party by Matthew Jones (Anastasio, F.) (Entered: 08/13/2018) |
| 08/09/2018 | 2 | MOTION for Leave to Proceed in forma pauperis by Matthew Jones. (Anastasio, F.) (Entered: 08/13/2018) |
| 08/09/2018 | 1 | COMPLAINT against Yale University, filed by Matthew Jones. (Attachments: # 1 Envelope)(Anastasio, F.) (Entered: 08/13/2018) |