**MANDATE**

D. Conn.
18-cv-1325
Bryant, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand nineteen.

Present:
    Barrington D. Parker,
    Richard C. Wesley,
    Denny Chin,
        *Circuit Judges*.

Matthew Jones,

    *Plaintiff-Appellant*,

v.

18-2916 (L),
18-3003 (Con)

Yale University,

    *Defendant-Appellee*.

Appellant, pro se, moves for in forma pauperis status and discovery of medical records. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeals are DISMISSED because they "lack[] an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/29/2019